UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| | ) | |
| v. | ) | No. 3:07-00084-2 |
| | ) | Judge Sharp |
| | ) | |
| ANTHONY MARSILLE SCOTT | ) | |

ORDER

On October 3, 2012, a hearing was held on the supervised release violation petition pending before the court. The defendant appeared with counsel and admitted that he had violated the conditions and terms of supervised release as alleged in the Petition for Warrant or Summons for Offender Under Supervision (DE 49). Upon recommendation of the parties, the Court orders that this case be continued until April 26, 2013. If the defendant has complied with the terms and conditions of supervised release, this Petition (DE 49) shall be dismissed. If defendant has not complied with the terms and condition of supervised release as required, a hearing will be held on April 26, 2013, at 1:30 p.m.

_____
KEVIN H. SHARP