UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NO. 3:07-00084 |
| ) | JUDGE KEVIN H. SHARP |
| PRESTON DEJUAN DOUGLAS ) | |

**O R D E R**

Pending before the Court is an Unopposed Motion to Continue the January 31 Revocation Hearing (Docket No. 71).

The motion is GRANTED and the revocation hearing scheduled for January 31, 2013 is hereby rescheduled for Monday, April 15, 2013, at 2:30 p.m.

IT IS SO ORDERED.

_Kevin H. Sharp_
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE