UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:07-00084 |
| | ) | JUDGE KEVIN H. SHARP |
| PRESTON DEJUAN DOUGLAS | ) | |

**O R D E R**

Pending before the Court is a Motion to Continue the January 31 Revocation Hearing (Docket No. 80) to which the Government does not oppose. The motion relates to the hearing set for April 15, 2013, and not the date stated in the title of the motion.

The motion is GRANTED and the revocation hearing scheduled for April 15, 2013, is hereby rescheduled for Monday, July 15, 2013, at 10:00 a.m.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE