UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:07-0084-2 |
| | ) | JUDGE KEVIN H. SHARP |
| ANTHONY MARSILLE SCOTT | ) | |

**O R D E R**

Pending before the Court is Defendant's Motion to Reset Revocation Hearing (Docket No. 82) to which the Government does not oppose.

The motion is GRANTED and the revocation hearing set for April 26, 2013, is hereby reset for Thursday, May 9, 2013, at 1:30 p.m.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE