UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:07-00084-1 |
| ) | JUDGE SHARP |
| PRESTON DEJUAN DOUGLAS ) | |

## AGREED ORDER

Pending before the Court is a superceding petition alleging violations of supervised release by defendant Preston Douglas. (R. 73 ). The petition alleges four violations. On July 15, 2013, in open court, the defendant admitted Violation Number One, which is a controlled substance offense.

With the defendant's admission, the parties jointly proposed that the term of supervision be revoked, and that the defendant should serve 36 months imprisonment with no further supervision to follow. The government will dismiss the remaining three violations alleged in the superceding petition.

The Court finds that the defendant has violated the conditions of supervision and that the proposed disposition is appropriate. The defendant's term of supervision is revoked, and he shall serve 36 months imprisonment with no additional supervision to follow.

It is so ordered.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE