UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:07-00084-2 |
| | ) | Judge Sharp |
| ANTHONY MARSILLE SCOTT | ) | |

## AGREED ORDER

This matter came before the Court on November 19, 2013, on the Petition for Warrant or Summons for Offender Under Supervision filed August 28, 2013. (D.E. 49).

The supervised release hearing is rescheduled until February 21, 2014, at 10 am. Should Mr. Scott comply with all the terms of his supervised release as required, the parties can submit an Agreed Order dismissing the Petition and the defendant shall continue his term of supervised release. If defendant fails to abide by the conditions of supervision, he has agreed to serve a term of six months in custody, after which he shall be returned to compete his term of supervised release.

It is so **ORDERED**.

**ENTERED** this 20th day of November, 2013.

_Kevin H. Sharp_
KEVIN H. SHARP
Judge, United States District Court

Approved:

/s/ *Harold B. McDonough, Jr., w/permission*
HAROLD B. MCDONOUGH, JR.
Assistant U.S. Attorney
110 Ninth Avenue South, Suite A-961
Nashville, TN 37203
615-736-5151
Attorney for the United States


/s/ *Mariah A. Wooten*
Mariah A. Wooten
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203-3805
Telephone: (615) 736-5047
Attorney for Anthony Marsille Scott