UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:07-00084-2 |
| v. | ) | |
| | ) | JUDGE SHARP |
| ANTHONY MARSILLE SCOTT | ) | |

**AGREED ORDER**

By agreement of the parties pursuant to the order previously entered November 20, 2013 (DE 94), since the defendant has had no additional violations of the terms of his supervised release, the petition (DE 49) is hereby dismissed.

The defendant will remain on supervised release subject to the conditions previously imposed.

SO ORDERED

*Kevin H. Sharp*
KEVIN H. SHARP
U.S. DISTRICT JUDGE


s/Harold B. McDonough
Assistant U.S. Attorney


s/Mariah Wooten
Attorney for Defendant
Anthony Marsille Scott